IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KENNETH PITTS,

    Plaintiff,

v.                                                                                                                  No. 1:23-cv-00120-SCY

SAN JUAN COLLEGE,

    Defendant.

## ORDER FOR STATUS REPORT

    The United States District Court for the District of Massachusetts transferred this case to this Court on February 9, 2023.  *See* Doc. 28.  Plaintiff appealed the District of Massachusetts' transfer order to the United States Court of Appeals for the First Circuit.  *See* Defendant's Motion to Stay Pending Appeal, Doc. 32, filed February 23, 2023.  This Court granted Defendant's Motion to Stay proceedings in this Court pending resolution of Plaintiff's appeal in the First Circuit.  *See* Order at 3, Doc. 38, filed March 22, 2023 (stating "Plaintiff has not shown that this Court has jurisdiction over his claims while the issue of whether the District of Massachusetts erred in transferring this case to the District of New Mexico is pending on appeal in the First Circuit").  Proceedings in this case have been stayed for over 19 months.  The Parties shall, within 21 days of entry of this Order, file a joint report on the status of the appeal.

    **IT IS SO ORDERED.**

                                                               **UNITED STATES MAGISTRATE JUDGE**