IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KENNETH PITTS,

    Plaintiff,

v.                                                                        Civ. No. 23-120 JFR/SCY

SAN JUAN COLLEGE,

    Defendant.

## ORDER LIFTING STAY

The United States District Court for the District of Massachusetts transferred this case to this Court on February 9, 2023. *See* Doc. 28. Plaintiff appealed the District of Massachusetts' transfer order to the United States Court of Appeals for the First Circuit. *See* Defendant's Motion to Stay Pending Appeal, Doc. 32, filed February 23, 2023. This Court granted Defendant's Motion to Stay proceedings in this Court pending resolution of Plaintiff's appeal in the First Circuit. *See* Order at 3, Doc. 38, filed March 22, 2023.

The Parties filed a Joint Notice stating that Plaintiff's appeal in the First Circuit has been dismissed and requesting that "the Stay be lifted allowing for immediate scheduling of a Status Conference." *See* Doc. 45 filed January 22, 2025. The Court grants the request to lift the stay. The Court defers scheduling any conferences until after Defendant files its responsive pleading.

**THEREFORE, IT IS ORDERED** that the stay in this case is lifted.

**IT IS FURTHER ORDERED** that Defendant's answer or other responsive pleading is due within 21 days of this Order, subject to a stipulation or request for reasonable extension of time.

_____
**UNITED STATES MAGISTRATE JUDGE**